An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE DANIEL BAUER,
FORMER MUNICIPAL COURT JUDGE,
FERNLEY MUNICIPAL COURT,
COUNTY OF LYON, STATE OF
NEVADA.

No. 63678



FILED

OCT 01 2013

### ORDER ADMINISTRATIVELY CLOSING CASE

This matter was docketed in this court on July 30, 2013, with the filing of a certified copy of the Stipulation and Order for Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the supreme court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.
Pickering

cc: Nevada Commission on Judicial Discipline
Law Office of Tammy M. Riggs, PLLC

13-29267